**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00113-02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PATRICK POSTON (02) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is a *pro se* letter motion filed by Defendant Patrick Poston ("Poston"). Poston seeks credit for time served from May 17, 2017 to December 28, 2017. See Record Document 89.

"The attorney general, through the Bureau of Prisons (BOP), determines what credit, if any, will be awarded to prisoners for time spent in custody prior to the commencement of their federal sentences." Leal v. Tombone, 341 F.3d 427, 428 (5th Cir.2003). Thus, the calculation of credit for time served is within the BOP's purview, not this Court's. The BOP is under no obligation to follow the Court's recommendation as to the manner of calculation of credit for time served.

Poston's only remaining course of action would be to petition the Court for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. The Fifth Circuit has held that the district of the defendant's incarceration is the only district that has jurisdiction to entertain a Section 2241 petition, and a district court lacking jurisdiction over a Section 2241 petition has no authority to transfer the petition to the proper district. See Lee v. Wetzel, 244 F.3d 370, 373-374 (5th Cir.2001). Here, it appears that Poston is currently incarcerated in

Terre Haute, Indiana and is within the jurisdiction of the United States Court for the Southern District of Indiana. He must file his Section 2241 habeas petition in that court.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of January, 2019

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT